**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000364**
**09-NOV-2023**
**07:51 AM**
**Dkt. 41 ODSD**

NO. CAAP-23-0000364

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

LEONA R. WILSON, TRUSTEE OF THE LEONA R. WILSON REVOCABLE TRUST
DATED DECEMBER 27, 2001, Petitioner-Appellee, v.
SIR JON FREEMAN ELEU SANTOS, aka JON SANTOS,
aka PRINCE NIʻILOA MOE-KAPU KAMEHAMEHA,
Respondent-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CSP-23-0000007)

ORDER DISMISSING APPEAL
(By: Wadsworth, Presiding Judge, Nakasone and Guidry, JJ.)

Upon review of the record, it appears that:

(1) The opening brief was due on a first extension on or before August 31, 2023;

(2) Self-represented Respondent-Appellant Sir John Freeman Eleu Santos, aka Jon Santos, aka Prince Niʻi Loa Moe-Kapu Kamehameha (**Santos**) failed to file the opening brief or request a further extension of time;

(3) On September 6, 2023, the appellate clerk entered a default notice[1] informing Santos that the time for filing the opening brief had expired, the matter would be called to the court's attention on September 18, 2023, for appropriate action,

---

[1] The default notice was electronically mailed to Santos on September 6, 2023.

which could include dismissal of the appeal under Hawaiʻi Rules of Appellate Procedure Rule 30, and Santos could request relief from default by motion; and

(4) Santos not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, November 9, 2023.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge